**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


RICKY D. WILSON                                                    Plaintiff

v.                            4:05CV01623 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                          Defendant


<u>**ORDER**</u>


The Court has received proposed a Recommended Disposition from Magistrate Judge H. David Young on Plaintiff's motion to remand. No objections have been filed.  After careful review, the Court concludes that the Recommendation should be, and hereby is, approved.  Plaintiff's motion to remand (docket #13) is denied.

IT IS SO ORDERED this 27th day of April, 2006.


<u>/s/Susan Webber Wright</u>
 UNITED STATES DISTRICT JUDGE